BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CV-01920 LJO-GSA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| LOREN N. KLEIER, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the Mandatory Scheduling Conference set for January 20, 2011 at 9:30 a.m., be continued to March 9, 2011, at 9:30 a.m.

Respectfully submitted,

Dated: January 6, 2011            BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY


                            By    /s/ Glen F. Dorgan
                                  Glen F. Dorgan
                                  Assistant United States Attorney
                                  Attorney for Plaintiff
                                  United States of America

1

STIPULATION AND PROPOSED ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE

1  Dated: January 6, 2011

3                                      /s/ Loren N. Kleier
                                       Loren N. Kleier
4                                      Defendant

7                                **ORDER**

8     It is hereby ordered that the Mandatory Scheduling Conference
9  set for January 20, 2011, at 9:30 a.m., be continued to March 9,
10 2011, at 9:30 a.m.

12 DATED: 1/7/2011

14                                  /s/ GARY S. AUSTIN
                                    MAGISTRATE JUDGE GARY S. AUSTIN

2

STIPULATION AND PROPOSED ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE