BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:1:10-cv-01920 LJO-GSA |
| Plaintiff, | JUDGMENT ON DEFAULT (STUDENT LOANS) |
| v. | |
| LOREN N. KLEIER, | |
| Defendant. | |

In the above-entitled action, the defendant was properly served with the Summons and Complaint; the defendant failed to appear or answer within the time provided by law; and default has been duly entered. Plaintiff's claim against the defendant is for a sum certain, and for interest which can by computation be made certain, and for costs. A declaration on behalf of the plaintiff, required by Rule 55 of the Federal Rules of Civil Procedure, has been filed setting forth the amounts due to plaintiff from the defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Servicemember's Civil Relief Action of 2003.

1 |     Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1) judgment is
2 | entered in favor of plaintiff United States of America and against
3 | defendant, Loren N. Kleier, as follows:
4 |     a.   Unpaid principal and accrued interest to the date of
5 | judgment in the total amount of $82,513.18; and
6 |     b.   Court costs, process of service fees and docket fees in the
7 | total amount of $407.00 pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.
8 |     The total judgment is in the amount of $82,920.18.  Post-
9 | judgment interest accrues on the judgment at the legal rate of 0.49%
10 | per annum, computed daily and compounded annually until paid,
11 | pursuant to 28 U.S.C. § 1961.
12 |     DATE JUDGMENT ENTERED: _____JUN 15 2011_____

                                            VICTORIA MINOR, Clerk

                              By: /s/ M. Urdiuze
                                 Deputy Clerk
                                 United States District Court
                                 Eastern District of California